| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | VERNON H. GRANNEMAN  #83532 |
| 2 | DIANNE L. SWEENEY  #187198 |
| | JULIA S. FERGUSON  #216102 |
| 3 | 2475 Hanover Street |
| | Palo Alto, CA  94304-1114 |
| 4 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |

**E-filed 8/2/05**

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | No. C02-01862 JF |
| Plaintiff, | STIPULATION AND ORDER TO RESET CIVIL CASE MANAGEMENT CONFERENCES IN RELATED MATTERS |
| vs. | |
| ROBERT S. GORDON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. C 02-2130 JF |
| Plaintiff, | |
| vs. | |
| REAL PROPERTY AT | |
| 1) 7900 BALD EAGLE DRIVE, PARK CITY, UTAH; AND | |
| 2) 7871 REDTAIL COURT, PARK CITY, UTAH, | |
| Defendant. | |

60415483v1 — - 1 - — STIPULATION AND ORDER TO RESET CIVIL CASE MANAGEMENT CONFERENCES IN RELATED MATTERS

It is hereby stipulated by and between the parties to the foregoing two above-captioned matters ("Related Matters"), through their respective counsel as follows:

1) All parties to the above cases are generally awaiting resolution of the appeal of this Court's criminal restitution order against Robert S. Gordon, *United States of America v. Robert S. Gordon*, case number CR 01 2007 JF, before proceeding with the issues in the Related Matters.

2) The criminal restitution hearing was completed on May 27, 2003 and Gordon filed a notice of appeal shortly thereafter. Gordon's appeal was briefed before the United States Court of Appeals for the Ninth Circuit, Case No. 03-10322, and was argued and submitted on July 15, 2004 at San Francisco, California. The Ninth Circuit filed its Opinion on December 30, 2004, affirming in part and reversing in part the Amended Judgment of the District Court and remanding the case for further proceedings consistent with the Opinion.

3) Following publication of the Ninth Circuit's Opinion, Gordon filed a Motion to Extend time to File a Petition for Rehearing En Banc until February 3, 2005. That motion was granted and on February 3, 2005, Appellant Gordon filed his Petition for Rehearing and Rehearing En Banc. That petition was denied on March 2, 2005. Gordon has filed a Petition for Certiorari with the United States Supreme Court and has agreed to extend the Government's time to respond to that Petition until August 8, 2005.

4) Since the finality of the criminal restitution judgment will likely modify the scope of the civil litigation, all parties request that the Court continue the Case Management Conferences in the Related Matters, currently set for July 29, 2005 at 10:30 a.m. to the next convenient date for the Court.

Dated: July 26, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN
DIANNE L. SWEENEY
JULIA S. FERGUSON
2475 Hanover Street
Palo Alto, CA  94304-1114

By _____/s/_____
VERNON H. GRANNEMAN
Attorneys for Plaintiff
CISCO SYSTEMS, INC.
C 02-01862 JF

| | | |
|---|---|---|
| 1 | Dated: July 26, 2005. | PAUL SIGELMAN |
| 2 | | 433 N. Camden, Suite 970 |
| | | Beverly Hills, CA 90210 |

By ___/s/___
PAUL SIGELMAN
Attorney for Defendant
ROBERT S. GORDON
C 02-01862 JF

Dated: July 26, 2005.   KEVIN V. RYAN
STEPHANIE HINDS
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

By ___/s/___
STEPHANIE HINDS
Attorneys for
UNITED STATES OF AMERICA
C 02-2130 JF

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Paul Sigelman and Stephanie Hinds.

Dated: July 26, 2005    By ___/s/___
Vernon H. Granneman
Attorneys for Plaintiff
CISCO SYSTEMS, INC.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conferences in the above captioned matters are set for __11/18/05__ at 10:30 a.m.

Dated: __7/27/05__    ___/s/electronic signature authorized___
The Honorable Jeremy Fogel
United States District Judge