PILLSBURY WINTHROP SHAW PITTMAN LLP  *efiled 1/10/07
VERNON H. GRANNEMAN  #83532
DIANNE L. SWEENEY  #187198
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY AT<br><br>1) 7900 BALD EAGLE DRIVE,<br>　　PARK CITY, UTAH; AND<br><br>2) 7871 REDTAIL COURT,<br>　　PARK CITY, UTAH,<br><br>　　　　　　Defendant. | No. C 02-2130 JF<br><br>DECLARATION OF VERNON H. GRANNEMAN RE SEPTEMBER 29, 2006 ORDER OF DISMISSAL, CERTIFICATION OF FAILURE TO PAY SETTLEMENT AMOUNT AND REQUEST TO EXTEND DATE OF CONDITIONAL DISMISSAL |

　　　　I, Vernon H. Granneman, declare:

　　　　1.　　I am an attorney at law duly licensed to practice before all courts in the State of California, am admitted to the Bar of this Court and am a member of the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for Cisco Systems, Inc. ("Cisco") in the above-captioned matter.  The following declaration is based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

　　　　2.　　On September 29, 2006, the Court entered an Order of Dismissal in the above-captioned matter, conditioned on full satisfaction of a settlement agreed to between and among

1  the interested parties.  Per the terms of the Order, this declaration constitutes certification on

2  behalf of Cisco that the agreed consideration for said settlement has not been delivered over.

3        3. Although the Order provides that upon the filing of this certification within 90

4  days of the date of the original Order, the Order of Dismissal "SHALL STAND VACATED and

5  this case shall forthwith be restored to the calendar to be set for trial," Cisco proposes that the

6  Court extend the Order of Dismissal an additional 60 to 90 days on the same terms and conditions

7  as the original Order in the hope that the parties will be able to conclude the settlement.

8     I declare under penalty of perjury that the foregoing is true and correct.  Executed on

9  December 28, 2006 at Palo Alto, California.

11           /s/ Vernon H. Granneman

12           Vernon H. Granneman

15  The Order of Dismissal is extended to 4/5/07.   It is so ordered.

17  Dated: 1/5/07

18           Jeremy Fogel, U.S. District Judge